NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**H.D. WILHOITE,**
*Claimant-Appellant,*

v.

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7110

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 10-2018, Judge Lawrence B. Hagel.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

H.D. Wilhoite submits a "motion for reconsideration" which the court construes as his informal reply brief.

Accordingly,

IT IS ORDERED THAT:

WILHOITE v. SHINSEKI                                    2

The motion is granted to the extent that the document is accepted for filing as the appellant's informal reply brief.


FOR THE COURT


 /s/  Daniel E. O'Toole
     Daniel E. O'Toole
     Clerk


s26